# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br> Joshua DeWitte and Christopher Allan Tisoy <br> *Defendant(s)* | Case No. <br> 25-mj-5141-JGD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 13-15, 2025  in the county of  Cambridge  in the
_____  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) & (e) | Sexual exploitation of minors, and attempt and conspiracy |

This criminal complaint is based on these facts:

See attached Affidavit of HSI Special Agent Brian A. Smith.

☑ Continued on the attached sheet.

*Complainant's signature*

Brian A. Smith, HSI Special Agent
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: **May 5, 2025**

*Judge's signature*

City and state:  Boston, Massachusetts   Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*