**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** Cambridge, MA    **Category No.** II    **Investigating Agency** HSI

**City** Cambridge, MA

**County** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number 25-MJ-5091-JGD
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    [ ] Yes [✓] No

**Defendant Information:**

Defendant Name: Joshua DeWitte    Juvenile: [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

Alias Name: _____

Address: _____

Birth date (Yr only): 1975    SSN (last 4#): 9972    Sex: M    Race: _____    Nationality: USA

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Sandra Gonzalez Sanchez; Anne Paruti    Bar Number if applicable: 710352; 670356

**Interpreter:** [ ] Yes [✓] No    List language and/or dialect: _____

**Victims:** [✓] Yes [ ] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [✓] No

**Matter to be SEALED:** [✓] Yes [ ] No

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [✓] Complaint    [ ] Information    [ ] Indictment

**Total # of Counts:** [ ] Petty _____ [ ] Misdemeanor _____ [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/5/2025    Signature of AUSA: *[signature]*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Joshua DeWitte

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2251(a) and (e) | Sexual exploitation of minors, and attempt and conspiracy | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**