# Exhibit A

May 9, 2025

Your Honor,

I am writing this letter for your consideration on behalf of Joshua DeWitte. Josh is my younger brother. I could never have asked for a better brother to have grown up with. We spent countless hours riding bikes, playing until the streetlights came on, playing with the great toys of the 1980s, and disappearing into our imaginations. There were so many good times as kids, teenagers, and adults.

As we became young adults and later middle aged, our relationship grew with us. I consider him to this day as my best friend and someone who I love very much. He is a gentle spirit. He is also someone with great talent in music and teaching. I loved watching him grow into an accomplished musician and later an amazing music teacher. I would receive his programs from his schools over the years and loved watching him direct the choirs and groups he worked with. He always had such a passion for music, teaching, and doing the best he could in both of those areas. I watched him work with kids in Chicago's public schools and it was amazing to see their reactions to his caring and dedication. His giving of his time and his talents makes me proud of him.

Though we have not lived close to each other since our college days, whenever we talk or visit each other, things pick up where we left them. He's my brother, a person of faith, and a loving spirit. I offer this as an older brother and one of a few who have known Josh for his whole life—who grew up with him and has shared a lifetime of memories. I implore you to consider this short letter to which cannot express the breadth of the good and love I have seen and experienced in Joshua.

Most Sincerely,

*[signature]*

Jason DeWitte

May 10, 2025

Your Honor,

My name is Mark Yoon, the father-in-law of Joshua DeWitte. I am a pastor who served as a University Chaplain at Boston University, from which I retired in 2017. I have known Joshua for 25 years, including as my son-in-law for the last 22 years, and I love him. There is no greater joy for a father than seeing his daughter loved by her husband, watching them meet life's challenges together and flourishing as a married couple, both in their respective careers and as human beings. That has been my fortune, and I cherish it dearly.

Shortly after Josh was arrested on January 9 and granted bail, he asked me if I could meet with him over FaceTime/Zoom to help him process the big questions of life that hit him suddenly. He desperately sought wisdom. Josh asked me if we could keep the criminal investigation he was currently facing out of our discussion. I gladly obliged. Since then, we met almost daily, a total of 83 times to be exact, during the period of 4 months until the day before his re-arrest on May 8, spending between 45 minutes to 1 hour each time. It was an amazing experience for me. Between my suggestions and his, we read 7 books that felt appropriate for his reflection. Although neither of us is Catholic, these books happened to be written by 3 well-regarded authors in the Catholic contemplative tradition. One particular book, titled "Falling Upward" by Fr. Richard Rohr seems to have made a major impact on the way Joshua has begun framing life's questions. Joshua seemed to have woken up, so to speak, to who he truly is at his core. Based on Fr. Rohr's framework, I sometimes quipped that Josh's newly discovered self was Joshua 2.0, referring to the commencement of the second-half of his life's journey.

I knew Joshua a few years before he married my daughter as someone who had been highly regarded in our church community, especially for his genuine care for children and for his leadership in the youth ministry. After their marriage, Joshua and my daughter devoted themselves to caring for the young people in our community. Now these young people have grown to be adults, and I have frequently heard them testifying to how their time under Joshua's care was a transformative experience in their lives. And I was not surprised to hear these stories since I myself have witnessed how Joshua gave his heart to making each young person feel seen.

Joshua has 5 nieces and 1 nephew on my side of the family. He and my daughter do not have their own children, and they have poured their hearts into loving each of my grandchildren from birth to present. All of them, literally every single grandchild of mine, adores their Uncle Josh. His gentle and loving interactions with my grandchildren have brought so much joy to me and my wife as their grandparents. After 2+ decades of close personal interactions with Joshua, I have confidence in his sincere desire to come home to the beautiful person he was born to be. Although I am keenly aware that, as human beings, we all have inner battles that we can choose to face or ignore, I have full confidence in Joshua's sincerity, and that his character, love—especially love for my daughter, and community-mindedness, will help him make something beautiful out of his second half of life. And I can assure you that I, together with my entire family, will continue to support him fully upon his release from detention.

Thank you for listening.

*Mark Yoon*
Mark Yoon, Ph.D.

May 9, 2025

Your Honor,

My name is Grace Yoon, and I am the mother-in-law of Joshua DeWitte. I am 76 years old, and a retired nurse practitioner. I have known Joshua for over 25 years. May I describe the Joshua I have known, interacted with and witnessed, as best as I can?

I know Joshua as a truly compassionate, kind and gentle human being. In my early years of getting to know him as a family member, Joshua's peaceful, broad-minded quality was a contrast to our strong family ways. For example, in my family, we often debated issues vigorously, and sometimes our family discussions resembled verbal ping pong. I noted that Joshua was usually the last person to share his thoughts and only when prompted to share. He would speak to harmonize opinions and respect opposing ideas. I have often wondered what might have shaped Joshua in this way and wanted to learn from him. What I do know is that he has been a blessing to our family much more than I could ever describe.

Joshua's compassion was also obvious in his teaching. In the early 2000s, Joshua began teaching in the public schools of Chicago through Teach for America. Instead of continuing to pursue a dream of becoming a film composer, Joshua decided to become a music teacher for underprivileged youth. In those years, we had big family dinners on most Sundays, and during those dinners he often shared about his teaching experiences in Chicago's schools. He revealed how much he had to learn about teaching students whose stories and opportunities were not like his own. I could see that he saw his students with an eye for their many strengths, and that he humbly worked on his own biases. He figured out that something he could do for the students who were living with ongoing violence in their community was to bring nurturing, positive experiences to them through music. He went on renting a slew of violins for students with his own money and taught them after school hours. This pattern of compassion is something Joshua has given throughout his career. That is who I know Joshua to be.

I have also observed the beautiful way in which he has loved my daughter. Joshua's tender love for her, along with his considerate and patient manner, contributed to a strong and happy marriage. As a sensitive person herself, my daughter found in Joshua a matching heart. Their marriage has always seemed like one of mutual adoration, respect and support, and that has given me great comfort. Likewise, he has extended sincere love to every member of my family. I have deep appreciation for the human being Joshua is, for his embrace of our cultural and personal ways, and for his generous love. But I also wonder whether Joshua carries wounds and pains, as we all do, and true healing takes time as well as ongoing support. If he is granted release from detention, I commit myself to supporting him in every possible way.

Sincerely,

*Grace Yoon*
Grace Yoon

Your Honor,

My name is Mark A Yoon, and I'm the brother-in-law of Joshua DeWitte. I have known Josh for over 23 years, since before he and my sister were engaged and married.

I know him to be a talented musician, a creative teacher, and a kind brother and uncle. I remember him finding ways to help his music students connect with the curriculum - using popular songs of their choosing to teach rhythm and musical concepts. I know he cared deeply about the inequities in education in the City of Chicago, and we had many discussions about the role of charter schools in the system.

I know him as a brother and uncle - someone always willing to listen, to take others' perspective, to treat his nieces and nephews with respect and care. He is one of the few people who has been able to make my sister feel loved and safe, to be exactly who she is. I have often felt their marriage to be a source of patient love for all of those around them.

I hope you will consider these aspects of his character as you make the decisions asked of your role. Thank you for reading.

_[signature]_   May 10, 2025
Mark A Yoon

Friday, May 9, 2025

Your Honor,

My name is David Lee. I have known Joshua DeWitte since 2000 as my brother-in-law, with whom I spent many years raising a family and spending time.

He has been an amazing role model for my son, given his expertise in teaching children. He was definitely my go-to person for how to help my kids through each of their phases. Josh has great patience in mentoring children.

Josh has always believed that education was more than imparting knowledge; it was about the whole person. In our family gatherings, he spoke frequently about fostering a sense of belonging through his music and choir groups and he lived what he spoke. He is the kind of teacher who recognizes each student's potential and nurtures their individual strengths. He has made a big difference in the lives of many students who have not felt a sense of belonging. He is constantly aiming to help students find their voice and to build confidence in those who doubt themselves. From what I observed, Josh's genuine care created environments where students were safe to express their feelings, knowing they were supported and valued. I have no doubt that students who passed through Josh's classroom carried his influence into adulthood.

In my observation of Josh as a person, he has always engaged with gentleness and genuine interest in the well being of others. He is the kind of man who offers encouragement, and who loves celebrating small joys. In my view, he embodies the values of empathy and compassion. Josh has always been wonderful to me and my family, and I have never doubted his integrity, or his willingness to help when there was a need of any kind.

I know Josh to be a good man with kind heart and hope that others can see the whole person that he is. Thank you for hearing me.

Sincerely,

David Lee

May 9, 2025

Your Honor,

My name is Grace Lee. I am Joshua DeWitte's sister-in-law, and I have known him for over 20 years now. I know Joshua to be many things: a loving husband, a hardworking music teacher, a caring and fun uncle to my two children, a beloved brother-in-law, but most of all, I know him to be a gentle spirit and a man of great kindness.

In all the years that we have interacted as family, I have never once heard him raise his voice in anger, say unkind things to anyone, miss an opportunity to express love and appreciation to family and friends alike, gossip about coworkers or work, or show up as anything but a kind human. He and my sister have consciously looked for ways to contribute to their community and make the world a better place. I have long admired their intentional efforts to live out their values as a couple and as individuals. I have known Joshua to spend many hours on curriculum to better engage his students and create space for inspiration through music. Instead of complaining about colleagues, I have know him to speak to their strengths and show up at every opportunity to build mutual support and respect. He has devoted much of his life to his profession, and it was obvious that it was more than a paycheck, but a source of purpose and meaning in his life.

I am deeply grateful to Joshua for all the ways he supported by family over the years. When the children were younger, he and my sister would volunteer to babysit so that I could get some time away or date nights with my husband. He never missed a single birthday or holiday, always coming up with new and creative ways to celebrate each and every occasion. My children will never forget Easter, July 4th, Halloween, Thanksgiving, Christmas and birthdays with "Uncle Josh". They were always made better by his presence. When my family and I moved out to California, he and my sister visited shortly after, knowing how much we would miss having family close by. This is the level of thoughtfulness and caring that I have consistently received from Joshua over the years.

Finally, I want to speak to one of the main reasons I respect Joshua so much: he has been such a caring husband to my sister for over two decades now. What I observed about him has been consistent from the very beginning. I have spent many, many hours with them, both in and out of their home. I have seen him be incredibly attentive to her, making sure she is always considered in every decision, from what to eat, to where to travel, to where to live, to how to design their home so that she is comfortable, too. I have watched them find a way to agree to disagree, being vulnerable in front of their family, without resorting to criticism, judgment or shame. I've watched him surprise her on her birthdays and make every anniversary truly special. I have seen them both grow in the way they love and honor each other, and it is truly inspiring in a time where many marriages don't last.

Thank you for this opportunity to speak to what I know of Joshua DeWitte.

Sincerely,

*Grace Lee*

Grace Lee

May 9, 2025

Your Honor,

I am writing to you about Joshua DeWitte, my brother-in-law. I have known Josh for over 25 years, and he is a very important person in our family; in particular, Josh and my sister have been constant fixtures in my daughters' lives. They were the first people to visit me in the hospital after the birth of our oldest daughter, and just a couple years later, we called on them in the middle of the night to stay with her while our younger daughter was being born. My daughters are now adults and looking back, their aunt and uncle provided the most consistent, loving presence. I grew up in a family where the children played amongst themselves while the adults talked, but the kids knew that their aunt and uncle would prioritize spending time with them regardless of what the other adults were doing. Birthdays and holidays were made more special because we celebrated them together. When my daughters were toddlers and in elementary school, they created imaginary worlds where their stuffed animals were the leading characters while their aunt and uncle played supporting and often-hilarious roles. As our daughters grew older, they graduated to playing board games, card games and video games together, many of which Josh introduced to us and are family favorites to this day. More recently, our girls relied on Josh for conversation and insight into social dynamics, musicians and musicals they enjoyed or the college application process. My husband and I also leaned on Josh for parenting and life advice because of his rare combination of non-judgment and empathy. I am particularly grateful for the way Josh acknowledged my concerns and fears as a mother while sharing his perspective from his years of experience as an educator.

Writing this letter caused me to reflect on the first time I met Josh, which was years before I had children. I was 21 years old, fresh out of college and tasked with starting a gospel choir with the assistance of the conductor of our church orchestra, who turned out to be Josh. I knew that Josh had graduated with a degree in music from Northwestern University, so I expected him to be intimidating and quite possibly annoyed that he had to help me. But to my surprise, I encountered a gentle soul filled with humility and patience. Josh's skillful co-leadership covered up for my lack of experience. To my great relief, the gospel choir never made it past the initial stages, but my encounter with Josh during that period gave me a window into his character. So when I heard that Josh was engaged to my sister, I was confident that theirs would be a loving relationship. In all of their interactions through the past 22 years of their marriage, I have witnessed their tenderness and respect toward each other and in particular Josh's unconditional love and care for my sister.

With respect,

*Faith Park*

Faith Park

May 9, 2025

Your Honor, my name is Peter Park and I am Joshua DeWitte's brother-in-law. I have known Joshua since August, 2000.

He was a music director and conductor at the church I attended, and he was very respected by the church members for his passion for music and love for others. In 2003 he became my brother-in-law and I have had a close relationship with him since then as a family member and as a friend.

Throughout this time, I have consistently known him to be a person of passion, kindness, and dedication to his family, community, and music.

As a friend he is someone I can depend on. We have gone through many family conflicts and life struggles together for the past 25 years. He was always available to provide warm and gentle support for me and my family and I feel lucky to have a friend and family member like Joshua.

Peter Park

*[signature]*

5/9/2025

Your Honor,

My name is Scott Smith, and I writing on behalf of Josh DeWitte. I met Josh several (6 +?) weeks ago in the Twelve Step program I am a part of. During that time, Josh and I have corresponded and spoken by text/phone and have interacted during the fellowship time after our meetings.

During those times, I have found Josh to be compassionate and encouraging in several ways. First, he is working the program. He continues to use the program (he was in several fellowships) to allow himself to find his Higher Power, and to learn to love himself in spite of his character defects. He also was working toward doing his personal inventory- the part of the program that helps him understand those character defects, as well as those parts of him that are attributes. That was refreshing as so many people in the 12 step groups stall in these steps.

Second, he showed compassion and empathy for me and my circumstances. In particular, while my dad was visiting, he was encouraging me since he knew that my relationship with him was somewhat difficult.

Finally, he let me know he was available to talk should I need a listening ear. He checked in on me to make sure I was doing ok, which showed his understanding and tender-heartedness. He did the same with others in the group, letting them know he was available for a call should they need it.

As a chaplain and ordained minister, I have had the opportunity of getting to know many people that have come into and out of my life. Josh was one of the kind and generous ones. I look forward to continuing my friendship with him.

Sincerely,

Scott D. Smith
513 Strasburg Ave
Parkesburg, PA 19365
610-710-6230

May 11, 2025

Your Honor,

I am writing to attest to the qualities I knew of Josh DeWitte when he was a staff member at Rindge Avenue Upper School, a public middle school in Cambridge MA where I was principal from 2016-2023.

Josh taught general music, chorus and a drumming corps to our diverse students. I knew him as one of the most gifted educators I had the privilege of working with in my almost 30 years in public education. He was a consummate professional--reliable, responsible, collaborative, with an extraordinary work ethic, dedicated to helping students find how music spoke to them. Students, families and colleagues deeply respected him. I myself valued his insights into how to strengthen the music program so it had a broader appeal to a wider range of students.

I had such respect for Josh that I gladly wrote multiple letters of reference for him during his year of leave from Cambridge Public Schools and in the ensuing years. He would reach out on occasion when he saw that the school he was currently at might benefit from some of the approaches we had used at Rindge Ave, seeking my guidance on how to best support needs he saw, such as how to support students in facing grief and fear after the nightclub/alleyway tragedy in Seoul his first year there. I also know he remained a mentor for many of my visual and performing arts staff during his time abroad.

Respectfully,

*Julie Craven*
Julie Craven
Principal, Rindge Ave Upper School
Cambridge Public Schools
2016-2023