Exhibit B

























