# Exhibit C



**NEW ENGLAND FORENSIC ASSOCIATES**

May 8, 2025

**To Whom it may concern:**

      This letter is to confirm that Mr. Joshua DeWitte is currently in treatment at New England Forensic Associates. New England Forensic Associates(NEFA)is a nationally recognized center for the assessment and treatment of individuals with problematic sexual behaviors. We currently have more than 300 men our treatment program who are currently are on pretrial release, parole or probation in Massachusetts or U.S. Federal Court.

      Once Mr. DeWitte had his initial intake on February 3, 2025 then he had a comprehensive evaluation that included psychological and sexual interest testing. Following that evaluation DeWitte, was started in treatment and since that time he has participated in both group and individual therapy. In addition to his treatment at NEFA, Mr. DeWitte has also been attending several 12 steps meeting per week. I am aware of all the charges against Mr. Dewitt including the recent charges in federal Court. Although the allegations against Mr. Dewitt are extremely serious, I am confident that he can be safely managed in the community and that he does not pose an undue risk to society in general. Finally, if Mr. Dewitt remains incarcerated, he will not be able to participate in any treatment to address the allegations of misconduct. Please contact me directly if you have any specific questions or concerns.

      Respectfully submitted,

*Leo Keating, Licsw.*
**Leo Keating, LICSW**
**Clinical Director**