# Exhibit D

# Leo D. Keating, LICSW

## Professional Summary

More than 20 years of experience working with individuals who have problematic sexual behaviors. Currently Clinical Director for New England Forensic Associates (NEFA), a nationally recognized center for the evaluation and treatment of sexual offenders. Manages all forensic consultations, evaluations and assessments, court testimony in criminal matters such as sexual offender cases.  Conducts more than 100 psychosexual evaluations annually. Provides diagnostic and sexual interest testing with outside entities including prisons and psychiatric hospitals. Manages outpatient individual and group therapy services for clients.

## EDUCATION:

1996    MSW   Boston College Graduate School of Social Work, Forensic Concentration

1993    B.A.    Psychology, University of Massachusetts, Amherst

## PROFESSIONAL LICENSE:

Commonwealth of Massachusetts
Licensed Independent Clinical Social Worker
License   #1029324

# CURRICULUM VITA

## CLINICAL AND ADMINISTRATIVE EXPERIENCE:

**2011 – Present**           **Clinical Director**
                             **New England Forensic Associates**
                             **Arlington, MA**

Oversees all services for the evaluation and treatment of sexual offenders. Provides clinical guidance, direction, training, assessment and feedback for all clinical staff to address needs of population served. Develops and implements treatment programing for more than 300 criminally involved clients.

                             **Private Clinical Practice**
1996 – Present               **New England Forensic Associates**
                             **Arlington, MA**

 Managed all testing services and a member of the NEFA clinical treatment team.

2013 – 2014                  **Deputy Director of Forensic Operations**
                             **Massachusetts Department of Mental Health**

Responsible for oversight of all Forensic services provided by the Massachusetts Department of Mental Health, including adult and juvenile court clinics, jail diversion programs, and reintegration for incarcerated DMH clients.

# Leo D. Keating, LICSW

| | |
|---|---|
| 2011-2013 | **Regional Mental Health Administrator for Mental Health Services** |
| | **Massachusetts Department of Corrections** |

Provided oversight for all mental health services to nearly 10,000 inmates incarcerated in the Massachusetts prison system.

| | |
|---|---|
| 2006-20011 | **Regional Director Correctional Operations** |
| | **Vermont and New Hampshire** |
| | **MHM Services Inc.** |

Oversaw contract operations including all mental health and medical services provided by the Department of Corrections.

| | |
|---|---|
| 2002-2006 | **Court Clinician** |
| | **Boston Municipal and Suffolk Superior Courts.** |
| | **Forensic Health Services**. |

Triaged all criminal cases that involved psychiatric disorders. Conducted comprehensive psychological evaluations to assess treatment needs. Provided recommendations to court for ongoing mental health intervention

| | |
|---|---|
| 2000-2002 | **Health Services Administrator** |
| | **Essex County Correctional Facility** |

Monitored and administrated all medical, psychological and dental services for 1400 inmates of large county jail and house of correction.

| | |
|---|---|
| 1997-2000 | **Mental Health Director** |
| | **Essex County Correctional Facility**. |

Supervised all psychological services provided at facility. Developed and implemented systems for case management of all mentally ill clients incarcerated in facility.

**EXPERT WITNESS TESTIMONY AND REPORT WRITING:**

US Federal Courts
Massachusetts Superior Courts
Massachusetts District Courts
Massachusetts Sex Offender Registry Board
New Hampshire Superior Courts

**ADDITIONAL CLINICAL FORENSIC TRAINING:**

Certified in the administration and interpretation of the
 Penile Plethysmograph

## Leo D. Keating, LICSW

Page 3

       Abel Assessment for Sexual Interest
       Relapse Prevention Model for Sex Offenders
       Hostage Negotiation

**TEACHING EXPERIENCE AND PRESENTATIONS:**

       University of Massachusetts at Amherst
       Massachusetts Department of Corrections
       New Hampshire Department of Corrections
       Certified Trainer for Massachusetts Police Academies
       Massachusetts Association for the Treatment of Sexual Abusers (MATSA)
       National Alliance on Mental Illness (NAMI)
       Curry College