# Exhibit E

| ORDER OF PRETRIAL CONDITIONS OF RELEASE | DOCKET No(s) 25/30, 25/32, 25/33, 25/34 | MASSACHUSETTS TRIAL COURT |
|---|---|---|
| DEFENDANT'S NAME & ADDRESS: Joshua DeWitte | PCF No. | Court Department: Prob<br>Court: Cambridge |

### FAILURE TO OBEY THIS ORDER MAY RESULT IN YOUR ARREST AND INCARCERATION

TO THE DEFENDANT: It is hereby ORDERED that you must comply with all PRETRIAL CONDITIONS OF RELEASE that are checked or filled in below pursuant to:

- [ ] G.L. c. 276, § 57, ¶ 2 (Superior Court pretrial conditions of release in cases alleging domestic violence)
- [✓] G.L. c. 276, § 58 (specified restrictions on personal association or conduct, or in cases alleging domestic violence, to ensure the safety of the alleged victim, any other individual or the community)
- [ ] G.L. c. 276, § 42A (in cases alleging domestic violence, reasonable restrictions on the travel, association, or place of abode of the defendant, as will prevent contact with the person allegedly abused)
- [✓] G.L. c. 276, § 87 (pretrial conditions of release with the defendant's consent; distinguished from pretrial probation as a conditional disposition)
- [ ] G.L. c. 276, § 87 (conditions of release with the defendant's consent as a conditional disposition) End Date: _____

---

- [✓] OBEY all local, state, and federal laws and court orders, including abuse and harassment prevention orders and support orders.
- [✓] NOTIFY the probation department immediately if you change your residence, mailing address, or contact information.
- [✓] MAKE NO FALSE STATEMENTS to any officer of the court.
- [✓] DO NOT LEAVE MASSACHUSETTS unless you get the express permission of the court and sign a waiver of rendition.
- [✓] SURRENDER ALL PASSPORTS AND PASSPORT ID CARDS to the court prior to release and do not seek a replacement.
- [ ] REFRAIN FROM POSSESSION of any firearms, rifles, shotguns, destructive devices, or dangerous weapons.
- [ ] REFRAIN FROM ABUSE and/or HARASSMENT of: _____
- [ ] HAVE NO CONTACT, direct or indirect, with: _____
- [✓] STAY (distance): _____ AWAY FROM: > with all witnesses
- [✓] STAY AWAY FROM (address): _____
- [ ] RESIDE [ ] in/at: _____ [ ] with: _____
- [ ] TAKE MEDICATION as prescribed by licensed medical provider.
- [ ] DO NOT OPERATE a motor vehicle [ ] SURRENDER your driver's license to the court by _____ and do not seek a replacement.
- [ ] REFRAIN FROM [ ] ILLEGAL DRUGS [ ] RECREATIONAL MARIJUANA [ ] ALCOHOL
- [ ] SUBMIT TO RANDOM TESTING or [ ] TESTING _____ times per _____
- [ ] SIGN RELEASES to verify your compliance with terms of this order and provide verification as directed by probation.
- [ ] REPORT TO THE PROBATION DEPARTMENT as directed by probation and/or as ordered below: [ ] by phone [ ] in person _____ times per week
- [ ] ATTEND and verify to your probation officer _____ meetings per week of [ ] Recovery/AA/NA [ ] _____
- [ ] COOPERATE in a [ ] Mental Health [ ] Substance Use Disorder evaluation and any recommended treatment
- [ ] Comply with REMOTE ALCOHOL BREATH TESTING.
- [ ] Comply with ELECTRONIC MONITORING [ ] EXCLUSION ZONE(S): _____
- [ ] HOME CONFINEMENT [ ] CURFEW: _____ [ ] OTHER: _____
- [ ] PARTICIPATE in: _____ program and verify completion to probation by (date) _____
- [ ] PARTICIPATE in [ ] Pretrial Services (§§ 57, 58, 58A only) or [ ] Treatment (with def. consent) _____ at CCC
- [✓] OTHER CONDITIONS: Not work w/ children under 18 yrs old

---

**DEFENDANT ACKNOWLEDGEMENT OF ORDER** | **INTERPRETER'S SIGNATURE, if any**

SIGNATURE OF DEFENDANT: I have read and understood these conditions. (If applicable: I consent to programming at Community Corrections and to conditions imposed under G.L. c. 276, § 87.) I understand if I violate any condition, it may result in my arrest and incarceration, and the revocation of my release.

X [signature]   DATE: 1/9/25

I have translated the terms of this Order, and the acknowledgement set forth to the left, to the defendant prior to his/her signature.

X _____ DATE: _____

**(ASSOCIATE) PROBATION OFFICER'S SIGNATURE AS WITNESS** | **JUDGE'S SIGNATURE**

X [signature]  DATE: 1/9/25 | X [signature Murphy]  DATE: 1/9/25

10/22/2019