# Exhibit F

# AFFIDAVIT

I, Lisa A. Crandall, having been first duly sworn, do hereby depose and state as follows:

## Introduction and Agent Background

1.  I have been employed as a Special Agent of the FBI since June 2010 and am currently assigned to the Boston Division, Lakeville Resident Agency. As part of my duties, I have investigated federal criminal violations related to, among other things, the on-line sexual exploitation of children. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in different forms of media including computer media.

2.  I make this affidavit in support of an application for a criminal complaint and arrest warrant against Daniel O'Connor, Jr. ("O'Connor, Jr."), year of birth 1961, of East Bridgewater, Massachusetts, charging O'Connor, Jr. with a violation of 18 U.S.C. § 2251(a) (Production/Attempted Production of Child Pornography).

3.  The information contained in this affidavit is based on my participation in the investigation described herein, my conversations with other law enforcement agents involved in this investigation, and my review of records obtained during this investigation.

4.  This affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant. In submitting this affidavit, I have set forth only the facts that I believe are necessary to establish the requisite probable cause. Therefore, I have not included each and every fact known to me concerning this investigation. Additionally, where conversations or statements are related herein, they are set forth in substance and in pertinent part.

**Execution of Federal Search Warrant**

5. On June 6, 2018, the FBI obtained a federal search warrant for O'Connor, Jr.'s residence located at 5 Beech Street, East Bridgewater, Massachusetts (18-mj-1067-DLC) and on June 7, 2018, the search warrant was executed. O'Connor, Jr., who was present at the time of the search, identified two iPhones as belonging to him. An onsite forensic review of one of the phones, an iPhone 7 plus bearing serial number C39T25HKHFY9, identified images of child pornography. The name associated with the iPhone 7 plus, located within the settings/general/about section of the iPhone 7 plus, was listed as "Daniel O'Connor, Jr." The devices were seized and O'Connor, Jr. was charged by the state with Dissemination of Child Pornography and Possession of Child Pornography.

**Review of Evidence**

6. Thereafter, a further review of the iPhone 7 plus device identified approximately 137 images of child pornography and approximately 20 videos of child pornography on the device. The KIK application,[1] as well as Live.me,[2] Skype[3] and musical.ly[4] applications were all

---

[1] KIK is an on-line social networking application.

[2] According to the website, live.me is a popular broadcasting platform for young people who love to share.

[3] Skype is a telecommunications application software product that specializes in providing video chat and voice calls between users.

[4] Musical.ly is an American video social network app for video creation and live broadcasting.

downloaded on the iPhone 7 plus device.  In my training and experience, I have learned that Kik, live.me and Musical.ly applications are popular among minors.

7.  The KIK profile name assigned to the iPhone 7 plus account was "Me Now" and the KIK username was identified as "hotonesnow."  The email account associated to the KIK account was zbra3@comcast.net.

**KIK chats**

8. Contained within the iPhone 7 plus were KIK chats exchanged between "hotonesnow" and "natalyaxxxxxx."[5]  The KIK chats between the two occurred between May 20, 2018, at approximately 10:40pm EST and May 27, 2018.  Thereafter, "hotonesnow" attempted to make contact with "natalyaxxxxxx" on May 29, 2018, May 30, 2018 and June 1, 2018, with no response from "natalyaxxxxxx."  I have reviewed the chats and videos, which include videos constituting images of child pornography exchanged by and between "hotonesnow" and "natalyaxxxxxx."  Specifically, on May 27, 2018, "hotonesnow" sent a video attachment to "natalyaxxxxxx," which contained a child pornographic image.  The video file did not play within the KIK application.  However, a video with the same still image was located within the camera roll of the iPhone 7 plus and is believed to depict the same still image of the minor female.  That file was dated May 6, 2018, at 1:03am, and depicted an approximately eleven to fourteen year old minor female wearing a bra with no pants and touching her vagina.

---

[5] The true account name of "natalyaxxxxxx" is known to law enforcement.  The user of the account has been identified as a minor female who was eleven years old at all times relevant referenced in this affidavit.

9. Portions of the KIK chats between "hotonesnow" and "natalyaxxxxxx" are outlined below. The chats outlined below reflect the complete chats between "hotonesnow" and "natalyaxxxxxx" during this time frame. Among other things, "hotonesnow" asked for videos of "natalyaxxxxxx."

| Username | Date | Message |
|---|---|---|
| Hotonesnow | 5/20/2018 10:40pm | Hi |
| Natalyaxxxxxx | 5/20/2018 Time not displayed | Hi |
| Hotonesnow | 5/20/2018 Time not displayed | Hey can I see a vid of you |
| Hotonesnow | 5/20/2018 Time not displayed | Or do you show other girls |
| Natalyaxxxxxx | 5/20/2018 Time not displayed | **Attachment:** *A video file. The file did not play within the KIK app but the still image of the video depicts an individual wearing a black bra and tan underwear. [A video file with timestamp 10:44pm on May 20, 2018, was located within the camera roll of the iPhone 7 plus and depicts the same video icon and is believed to be one in the same. The file is 8 seconds in length and depicts a female with brown hair wearing a black bra and tan underwear. The face of the female is not exposed.]* |
| Hotonesnow | 05/20/2018 Time not displayed | Beautiful<br><br>**Attachment:** *A video file. The video file would not play within the KIK application. The still image of the video file depicted a female wearing a green shirt with no pants.* |
| Hotonesnow | 05/20/2018 Time not displayed | You like it |

| Natalyaxxxxxx | 05/20/2018 Time not displayed | [Emoji, of mouth drooling] **Attachment**: *Image depicting a female removing a black bra. Breasts are exposed. Female's face is not exposed.* |
|---|---|---|
| Hotonesnow | 05/20/2018 Time not displayed | Beautiful<br><br>**Attachment**: *A video file. The file does not play within the KIK app but the still image of the video depicts a female taking off her underwear.* |
| Hotonesnow | 05/20/2018 Time not displayed | How's this |
| Natalyaxxxxxx | 05/20/2018 Time not displayed | **Attachment:** *A video file. The file does not play within the KIK app but the still images of the video depicts a dark image containing the face of an individual with long hair. [A video file with the timestamp of 11:06pm on May 20, 2018, was located in the camera roll of the iPhone 7 plus. The video file depicts the same video icon and is believed to be one in the same. The video is 1 minute and 49 seconds in length and depicted a female exposing her butt.]* |
| Hotonesnow | 05/20/2018 Time not displayed | Hot love to see ur pussy from the front (image of a tongue) |
| Natalyaxxxxxx | 05/20/2018 Time not displayed | It's hairy (just a warning)<br><br>**Attachment**: *An image of a female wearing pink/purple nail polish on her fingernails. The female is adjusting her underwear, exposing her vagina. The face of the female is not exposed.* |
| Hotonesnow | 05/20/2018 Time not displayed | I love it (followed by three fire symbols) |
| Hotonesnow | 05/20/2018 Time not displayed | I have other vids of girls too |
| Natalyaxxxxxx | 05/20/2018 Time not displayed | Okay.<br><br>That's fine |
| Hotonesnow | 05/20/2018 Time not displayed | You have other girls too<br><br>**Attachment**: *A video file. The video does not play within the KIK app but the video still depicts a* |

| | | |
|---|---|---|
| | | *female pant less and on her knees touching her anus/genitalia area with her hand.* |
| Natalyaxxxxxx | 05/20/2018 Time not displayed | No I don't have other girls [emoji sad face] <br><br> **Attachment**: *An image depicting a female with brown hair removing her black bra. Breasts are exposed. Female's face is not exposed.* |
| Hotonesnow | 05/20/2018 Time not displayed | Can I see you with ur legs spread open? So I can see your beautiful hot pussy |
| Natalyaxxxxxx | 05/20/2018 Time not displayed | **Attachment:** *Video file. The still image of the video depicts an individual with long brown hair wearing a red shirt. The file would not play within the KIK app. [A video file with the time stamp of 11:28pm, on May 20, 2018 was located within the camera roll of the iPhone 7 plus. The still of the video icon matches the same description above and is believed to be one in the same. The video file is 15 seconds in length and depicts a female wearing a red top with no pants touching her genitalia. The female had purple/pink nail polish on her fingernails.]* |
| Hotonesnow | 05/20/2018 Time not displayed | That's hot sexy and delicious [emoji's of tongues, fire and red roses] |
| Hotonesnow | 05/20/2018 Time not displayed | **Attachment:** *A video file. The video file does not play within the KIK app. The still image of the video file depicts an individual on their knees with their butt towards the video. Their butt is exposed and their hand is in the area of their genitals/genitalia.* |
| Natalyaxxxxxx | 05/20/2018 Time not displayed | **Attachment:** *A video file. The video file does not play within the KIK app. The still images of the video files depicts the thighs/butt of an individual. [A video file with the timestamp of 11:42pm May 20, 2018 was located in the camera roll of the iPhone 7 plus. The file depicts the same still of the video and is believed to be one in the same. The file is 43 seconds in length and depicts the close up of a female's genitalia. A hand with purple and pink nail polish is touching the female's vagina].* |

| Hotonesnow | 05/20/2018 Time not displayed | I gtg can we do more tomorrow<br><br>Hope so. Gn |
|---|---|---|
| Hotonesnow | 05/21/2018, 8:21pm | Hi |
| Hotonesnow | 05/21/2018, 10:22pm | Hi come say hello |
| Natalyaxxxxxx | 05/24/2018, 12:51am | Hi |
| Hotonesnow | 05/24/2018 2:44pm | Hi [emoji with heart eyes] wyd |
| Hotonesnow | 05/24/2018 7:16pm | Hi you here |
| Hotonesnow | 05/25/2018 9:21pm | Hi |
| Natalyaxxxxxx | 05/26/2018 5:49pm | Hi |
| Hotonesnow | 05/26 11:30pm | Hi<br><br>Wyd<br><br>Can we do more [emoji with heart eyes] |
| Natalyaxxxxxx | 05/27/ 1:02am | I keep missing the messages srry<br><br>But sure<br><br>**Attachment**: *A video file.  The video file will not play within the KIK app but the still image to the file depicts an individual wearing a pink shirt sitting on what appears to be a white bed frame.  [A video file with a time stamp of 1:04am 05/27/2018 matching the same still image of the video was located on the iPhone 7 plus and is believed to be one in the same.  The video file is 32 seconds in length.  The file depicts a female sitting on a bed wearing a pink shirt.  The female takes of her shirt and rubs her breasts.  The first name of the minor female referenced in footnote 7 above is observed on the bedroom wall.  The face of the female is not exposed in the video file.]* |

10. After the video attachment sent by "natalyaxxxxx" to "hotonesnow" on May 27, 2018, at 1:02am, as described above, approximately 20 other files were exchanged on-line between KIK user's "hotonesnow" and "natalyaxxxxxx." One of those video files sent by "natalyaxxxxxx" to "hotonesnow" displayed a still image of a file depicting an individual wearing a gray sweatshirt with the number "15" and purple shorts. The video file would not play within the KIK application. However, a video file depicting the same still image was located within the camera roll of the iPhone 7 plus and is believed to be one and the same. The time stamp of that video file was 1:30am on May 27, 2018, and was 29 seconds in length. Within the video, a pubescent female is observed to lift up her sweatshirt and rub her breasts and then puts her right hand down her pants. Based on my training and experience, I believe the female depicted in the video was approximately twelve to fifteen years old.

11. Within the same KIK chat, later that same day of May 27, 2018, "hotonesnow" instructed the user of "natalyaxxxxxx" to send additional files to "hotonesnow." The chats outlined below reflect the complete chats between "hotonesnow" and "natalyaxxxxxx" during this time frame.

| Username | Date | Message |
|---|---|---|
| Hotonesnow | Sun, May 27 3:34pm | Hi |
| Natalayxxxxxx | Sun, May 27 4:08pm | Hi<br><br>**Attachment:** *Video file. The still images of the video file depicts the background of what appears to be a closet and an individual wearing black and white shorts. A heart emoji is on the bottom of the image. The file does not play within the KIK app. [A video file matching the same description was located within the camera roll of the iPhone 7 plus and is believed to be one in the same. The timestamp of the file was May 27,* |

|  |  | *2018 at 4:14pm. The file is 44 seconds in length. The file depicts an individual wearing black and white shorts, pull down their shorts and light green underwear, exposing their butt.]* |
|---|---|---|
| Hotonesnow | May 27 Time not displayed | **Attachment**: *Video file. The still images of the video file depicts a female pulling up her shirt, exposing her breast. Video file does not play within the KIK app* |
| Hotonesnow | May 27 Time not displayed | Hi you should do one like this [four fire emoji's] |
| Natalyaxxxxxx | May 27 Time not displayed | **Attachment:** *Video file. The video file does not play within the KIK app. The still image of the video file depicts a female's breast. The female has a white shirt on. [A video file depicting the same video still images was located within the camera roll of the iPhone 7 plus. The time stamp of the video was May 27, 2018 at 4:23pm. The file was 37 seconds in length. The file depicted a female wearing a white top with no pants. The female exposes her breasts and rubs her body to include her vagina. The female's face is not exposed. The female has pink/purple nail polish on her fingernails.* |
| Natalyaxxxxxx | May 27 Time not displayed | Im not that skinny |
| Hotonesnow | May 27 Time not displayed | I think you look beautiful [two fire emoji's] |
| Hotonesnow | May 27 Time not displayed | **Attachment**: *Video file. The still image of the video file depicts an individual pant less on their knees. The individuals butt is facing towards the camera. The individual is touching their anus with their hand. The video file does not play within the KIK app.* |
| Natalyaxxxxxx | May 27 Time not displayed | Thx |

| Hotonesnow | May 27 Time not displayed | You're welcome [emoji blowing a kiss, heart emoji and a rose emoji]. |
|---|---|---|
| Natalyaxxxxxx | May 27 Time not displayed | **Attachment:** *Video file. The still image of the video file depicts an individual wearing a white top. The white top was displayed in previous videos sent by natalyaxxxxx. The video does not play within the KIK app. [A video with the same still images was located within the camera roll of the iPhone 7 plus and is believed to be on in the same. The file's time stamp is May 27, 2018 at 4:33pm. The file was 47 second in length. The female depicted a pubescent female wearing a white top and black shorts. The female pulls down her shirt and rub her breasts. The female's face was not exposed in the video.]* |
| Hotonesnow | May 27 Time not displayed | You're a very hot beautiful girl. Beautiful body [two fire emoji's]. |
| Natalyaxxxxxx | May 27 Time not displayed | [heart emoji] |
| Hotonesnow | May 27 Time not displayed | **Attachment:** *Video file. The still image of the video file depicts an individual wearing a black dress. Only the legs of the individual are shown. The video file does not play within the KIK app.* |
| Natalyaxxxxxx | May 27 Time not displayed | **Attachment**: *Video file. The still image of the video file depicts a pubescent female approximately 12 to 15 years old. The female is wearing a white top, previously seen in prior videos described above, and no pants. The female is touching her genitalia. The video does not play within the KIK app. [A video file with the same still images was located within the camera roll of the iPhone 7 plus and is believed to be one in the same. The file's timestamp is May 27, 2018 at 4:50pm and is 48 seconds in length. The file depicts the pubescent female masturbating.]* |
| Hotonesnow | Sun, May 27 5:36pm | That was as hot [three tongue emoji's followed by three fire emoji's] can you do that same vid with your top off too [emoji with heart eyes]<br><br>**Attachment:** *Video file. The still image of the video file depicts the chest of a female wearing a* |

10

| | | |
|---|---|---|
| | | *light colored shirt. The video file does not play within the KIK app.* |
| Natalyaxxxxxx | May 27 Time not displayed | **Attachment:** *Video file. The still image of the file depicts a female naked with an emoji covering her face and a heart emoji covering her stomach. The video does not play within the KIK app. [A video file with the same still image was located within the camera roll of the iPhone 7 plus and is believed to be one in the same. The file's timestamp is May 27, 2018 at 5:48pm. The file is 53 second in length. The file depicts a pubescent female approximately 12 to 15 years old naked and touching her genitalia. An emoji covers her face and heart emoji covers her stomach.]* |
| Hotonesnow | May 27 Time not displayed | That was sooo hot. Can you do that same vid without the emoji's they're blocking your gorgeous body [two emoji's faces with heart eyes]<br><br>**Attachment:** *A video file with a still image that depicts a female wearing no pants with her legs spread, exposing genitalia. The file does not play within the KIK app.*<br><br>**Attachment:** *A video file with a still image that depicts a close-up of a female's vagina. A hand is touching the female's vagina.* |
| Natalyaxxxxxx | May 27 Time not displayed | **Attachment:** *A video file. The still of the video file depicts a close up of a female's vagina. The female is inserting a purple marker into her vagina. The female is wearing pink/purple polish on her fingernails. The video file does not play within the KIK app. [A video file with the same still image was located within the camera roll of the iPhone 7 plus. The time stamp of the file was May 27, 2018 at 6:00pm. The length of the video was 50 seconds. The file depicted a close-up of a pubescent female's vagina. A purple marker was being inserted into the female's vagina. The female had pink /purple nail polish on her fingernails]* |

|  |  | **Attachment:** *Image of a close-up of female's breasts.* |
|---|---|---|
| Hotonesnow | May 27 Time not displayed | Aww I liked seeing your boobs and pussy in the same vid.  Very sexy and hot [four fire emoji's]<br><br>You're a very beautiful girl [emoji with heart eyes, followed by two red rose emoji's] |

12.  Using the KIK application, approximately 11 other videos were exchanged between "hotonesnow" and "natalyaxxxxxx," including eight sent from "hotonesnow" and three sent from "natalyaxxxxxx."

13.  I believe all the files sent from "natalyaxxxxxx" to "hotonesnow" depicted "natalyaxxxxx" whom I believe to be a female approximately twelve to fifteen years old.  The investigation has determined the identity of "natalyaxxxxxx" to be a minor female age eleven at all relevant times, as referenced in footnote five above.

### *Identification of KIK user natalyaxxxxxx (Minor Victim)*

14. In connection with this investigation, law enforcement subpoenaed information from KIK in addition to the internet service provider which the KIK account "natalyaxxxxxx" used to access the internet in order to identify the user of KIK account "natalyaxxxxxx."

15. On June 22, 2018, the user of KIK account "natalyaxxxxxx" was identified as an eleven year old minor female ("minor").  Minor's parents were interviewed by law enforcement and were shown four separate sanitized photographs of the files, which were sent over the KIK application from "natalyaxxxxxx" to "hotonesnow," who confirmed the four images depicted their eleven year old daughter.  Minor's parents were also shown several photographs of clothing and other items

depicted within those images sent by "natalyaxxxxxx" to "hotonesnow". Minor's mother identified several of the items depicted, including minor's gray "15" sweatshirt, minor's white bedframe, and minor's first name written on minor's bedroom wall.

## CONCLUSION

16. Based upon the foregoing, there is probable cause to believe that from on or about May 20, 2018, to on or about May 27, 2018, Daniel O'Connor, Jr. did employ, use, persuade, induce, entice, and coerce, and attempt to do so, any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and that visual depiction was produced and transmitted using materials that have been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted in an affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

Sworn to under the pains and penalties of perjury.

_____
Lisa A. Crandall
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this <u>12th</u> day of September 2018.

_____
DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE