# Exhibit H

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Apr 30 2025

KEVIN P. WEIMER , Clerk

By: Sonya Nuckolls
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Larry Gasaway

**CRIMINAL COMPLAINT**

Case Number: 3:25-MJ-003

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 16, 2024 in Coweta County, in the Northern District of Georgia, defendant did use a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct

in violation of Title 18, United States Code, Section 2251(a).

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Kylie Ruffule*
Signature of Complainant
Kylie Ruffule

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| April 30, 2025 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*Russell G. Vineyard*
Signature of Judicial Officer

AUSA Theodore S. Hertzberg / 2025R00360 / theodore.hertzberg@usdoj.gov

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kylie Ruffule, hereby depose and state the following under penalty of perjury:

1. I submit this affidavit in support of a criminal complaint authorizing the arrest of Larry GASAWAY for a violation of 18 U.S.C. § 2251(a) (sexual exploitation of minors).

2. I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") since 2019, and am currently assigned to Atlanta, Georgia. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I graduated from Georgia State University with a Bachelor of Science, majoring in Criminal Justice. As part of my duties as an HSI Special Agent, I have experience conducting criminal investigations involving child exploitation and child pornography and have participated in the execution of search warrants in such investigations. Furthermore, as a Special Agent, I am responsible for conducting criminal investigations regarding violations of immigration and customs laws committed against the United States. I am responsible for investigations of offenses under Titles 8, 18, and 19 of the United States Code.

3. As part of my duties and responsibilities as an HSI Special Agent, I am authorized to investigate crimes that involve the sexual exploitation of children pursuant to Title 18, United States Code, Sections 2251 and 2252.

4. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included details of every aspect or each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for the issuance of the complaint and requested warrant. I make this affidavit based on personal knowledge and on the basis of information received from other law enforcement officers and/or agents, witnesses, documents, and records.

## PROBABLE CAUSE

5. On April 13, 2025, Larry GASAWAY was encountered by Customs and Border Protection (CBP) in Miami, Florida while entering the United States. GASAWAY was escorted to a CBP secondary inspection, which included examination of GASAWAY's cell phone. During the

basic examination of GASAWAY's cell phone, CBP located hidden camera videos depicting a minor known to GASAWAY ("MV1"). HSI Miami was notified and responded to assist CBP. HSI Miami seized GASAWAY's cell phone and extracted its data.

6.  On April 16, 2025, HSI Atlanta searched MV1's bedroom and bathroom in a Newnan, Georgia residence in which agents suspected GASAWAY had placed hidden cameras. During a search of MV1's bedroom, agents found a Ring camera concealed in a void in the ceiling directly above the bed. Agents seized the camera.

7.  On April 17, 2025, HSI Atlanta compelled Ring to produce information related to the camera agents seized from the ceiling void in MV1's bedroom. The information provided by Ring included:

- Account Creation: 03/20/2020 12:57:28 PM
- Full Name: Larry Gasaway
- User ID: 31922714
- Primary Email: larry_gasaway@yahoo.com
- Phone Number: 17703015054

8.  On April 21, 2025, HSI Atlanta received the cell phone that had been seized from GASAWAY in Miami. The cell phone contains numerous sexually explicit videos of MV1 that were apparently made by using the cell phone to screen record live or recorded feeds from cameras in MV1's bedroom and bathroom in Newnan. In one of the depictions retrieved from GASAWAY's cell phone, MV1 is laying on a bed, clothed in a shirt and shorts, holding a white mechanical object between her spread legs appearing to stimulate her genitals. A timestamp in the right upper corner of the image reads "2024-2-16 22:37:08". It appears that the depiction was created using a camera directly above MV1's bed and pointed straight down.

9.  On April 29, 2025, HSI Atlanta forensically interviewed MV1. During this interview, MV1 identified herself in the above-described image and stated that GASAWAY purchased sex toys for her and had conversations with her about masturbation and self pleasure.

2